UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PEPSICO, INC.,
a North Carolina corporation,

       Plaintiff,

  vs.

C.TOCCO WHOLESALE PRODUCE,
INC., a Michigan corporation; and PAUL
TOCCO WHOLESALE PRODUCE, INC.,
a Michigan corporation; and DOES 1-10,

       Defendants.

_____/

Case No. 2:06-cv-10390-DPH-RSW

HON. DENISE PAGE HOOD

DICKINSON WRIGHT PLLC
Kathleen A. Lang (P34695)
500 Woodward, Suite 4000
Detroit, Michigan 48226
Telephone: (313) 223-3500
klang@dickinsonwright.com

PATTISHALL, MCAULIFFE, NEWBURY,
  HILLIARD & GERALDSON L.L.P.
David C. Hilliard
Jonathan S. Jennings
Phillip Barengolts
Natalie Kernisant
311 South Wacker Drive
Suite 5000
Chicago, Illinois  60606
Telephone: (312) 554-8000

*Attorneys for Plaintiff*
*PepsiCo, Inc*.
_____/

**NOTICE OF DISMISSAL**

Plaintiff PepsiCo, Inc., pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby notices the dismissal without prejudice of this action as to Defendant Paul Tocco. No answer or motion for summary judgment has been served on behalf of the defendant.

        DICKINSON WRIGHT PLLC

        By:  s/Kathleen A. Lang
        Kathleen A. Lang (P34695)
        500 Woodward, Suite 4000
        Detroit, Michigan 48226
        Telephone:  (313) 223-3500
        klang@dickinsonwright.com

        PATTISHALL, MCAULIFFE, NEWBURY,
         HILLIARD & GERALDSON L.L.P.
        David C. Hilliard
        Jonathan S. Jennings
        Phillip Barengolts
        Natalie Kernisant
        311 South Wacker Drive
        Suite 5000
        Chicago, Illinois  60606
        Telephone:  (312) 554-8000

        *Attorneys for Plaintiff*
        *PepsiCo, Inc*.

DATED:  August 30, 2006

DETROIT 61174-3  953405v1